| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) ERDMANN, CHARLES E. | 2. Court or Organization U S COURT OF APPEALS - ARMED FORCES | 3. Date of Report 05/04/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ASSOCIATE JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
|---|---|---|

**7. Chambers or Office Address**

C/O LOPACH & CARPARELLI PC
863 GREAT NORTHERN BOULEVARD, SUITE 202
HELENA, MT 59601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 05/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | STATE OF MONTANA RETIREMENT INCOME |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENWORTH FINANCIAL ANNUITY | A | Interest | J | T | | | | | |
| 2. NORTHWESTERN MUTUAL LIFE INS - CASH VALUE OF POLICIES | A | Dividend | J | T | | | | | |
| 3. AMERICAN FEDERAL SAVINGS BANK - CASH ACCOUNTS | A | Interest | J | T | Buy (add'l) | 12/31/11 | J | | |
| 4. CAPITAL ONE BANK (WAS CHEVY CHASE) - CHECKING & SAVINGS | A | Interest | J | T | Redeemed (part) | 07/01/11 | J | | |
| 5. CHARLES SCHWAB IRA | B | Int./Div. | L | T | | | | | |
| 6. - SCHWAB MM CASH | | | | | | | | | |
| 7. - AMERICAN CENTURY EQUITY GROWTH FUND | | | | | Buy (add'l) | 12/23/11 | J | | |
| 8. - HARDING LOEVNER EMERGING MARKETS FUND | | | | | Buy (add'l) | 12/23/11 | J | | |
| 9. - PERKINS MID CAP VALUE FUND | | | | | Buy (add'l) | 12/19/11 | J | | |
| 10. - UMB SCOUT INTERNATIONAL FUND | | | | | Buy (add'l) | 12/20/11 | J | | |
| 11. U S TRUST IRA | D | Int./Div. | N | T | | | | | |
| 12. - U S TRUST IRA MONEY MARKET ACCOUNT | | | | | Buy (add'l) | 10/26/11 | M | | |
| 13. - ASTON MONTAG & CALDWELL GROWTH FUND | | | | | Sold | 10/26/11 | K | | |
| 14. - BERKSHIRE HATHAWAY INC CL B | | | | | | | | | |
| 15. - COLUMBIA DIVIDEND INCOME FUND | | | | | | | | | |
| 16. - COLUMBIA ENERGY & NATURAL RESOURCES FUND | | | | | Sold | 10/26/11 | J | | |
| 17. -COLUMBIA SELECT LARGE CAP GROWTH FUND | | | | | Sold (part) | 10/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - COLUMBIA SHORT TERM BOND FUND | | | | | Sold (part) | 07/28/11 | J | | |
| 19. - COLUMBIA SMALL CAP GROWTH FUND | | | | | Sold (part) | 10/26/11 | J | | |
| 20. - JANUS INVT FUND ENTERPRISE FD | | | | | | | | | |
| 21. -PIMCO TOTAL RETURN FUND | | | | | Buy | 10/26/11 | K | | |
| 22. -HUSSMAN INVT STRATEGIC GROWTH HEDGE FUND | | | | | Buy | 10/26/11 | K | | |
| 23. - PERMANENT PORTFOLIO HEDGE FUND | | | | | Buy | 07/28/11 | K | | |
| 24. - LAZARD EMERGING MKTS FUND | | | | | Sold (part) | 10/26/11 | K | | |
| 25. -PIMCO EMERGING LOCAL BOND FUND | | | | | Buy | 10/26/11 | J | | |
| 26. - COLUMBIA HI YLD OPPORTUNITY FUND | | | | | Sold | 10/26/11 | K | | |
| 27. - PIMCO COMMODITY REAL RETURN FUND | | | | | Sold | 10/26/11 | J | | |
| 28. - PIMCO FOREIGN BOND FUND | | | | | Sold (part) | 10/26/11 | J | | |
| 29. - PIMCO FUND | | | | | | | | | |
| 30. -THORNBURG INT'L VALUE FUND | | | | | Buy | 10/26/11 | J | | |
| 31. U S TRUST ▨ AGENCY ACCOUNT | D | Int./Div. | N | T | | | | | |
| 32. - BANK OF AMERICA MONEY MARKET FUND | | | | | Buy (add'l) | 10/26/11 | K | | |
| 33. - ASTON MONTAG & CALDWELL GROWTH FUND | | | | | Sold | 04/04/11 | J | | |
| 34. - COLUMBIA SHORT TERM MUNICIPAL BOND FUND | | | | | Buy (add'l) | 04/04/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - COLUMBIA DIVIDEND INCOME FUND | | | | | Buy (add'l) | 10/26/11 | K | | |
| 36. - COLUMBIA ENERGY & NAT RESOURCES FUND | | | | | Sold | 10/26/11 | K | | |
| 37. - COLUMBIA SELECT LARGE CAP GROWTH FUND | | | | | Sold (part) | 04/04/11 | J | | |
| 38. - COLUMBIA SMALL CAP GROWTH FUND | | | | | | | | | |
| 39. - JANUS INVT FUND ENTERPRISE FD | | | | | | | | | |
| 40. - COLUMBIA FUNDS INTERMEDIATE MUNI BOND FUND | | | | | Sold (part) | 04/04/11 | K | | |
| 41. -THORNBURG INT'L VALUE FUND | | | | | Buy | 04/04/11 | J | | |
| 42. - LAZARD EMERGING MARKETS PORTFOLIO FUND | | | | | Sold (part) | 10/26/11 | J | | |
| 43. - ARTIO INTL EQUITY FUND | | | | | Sold | 04/04/11 | K | | |
| 44. - COLUMBIA VALUE & RESTRUCTURING FUND | | | | | Sold | 10/26/11 | K | | |
| 45. - COLUMBIA INTERMEDIATE TAX EXEMPT FUND | | | | | Sold | 04/04/11 | K | | |
| 46. - PIMCO FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 05/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES E. ERDMANN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544